# EXHIBIT A

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 2,866,578
Registered July 27, 2004

## TRADEMARK
### PRINCIPAL REGISTER



BUSH BABY ZAMAGATE, INC. (NEW YORK CORPORATION)
C/O LOU KOLLER, 950 BROADWAY
BAYONNE, NJ 07002

FOR: T-SHIRTS, JACKETS, BASEBALL HATS, KNIT HATS, SHORTS, SWEATSHIRTS, JACKETS, WIND RESISTANT JACKET, VARSITY JACKETS, WRISTBANDS, BELTS AND HEADBANDS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 9-1-1987; IN COMMERCE 9-1-1987.

SER. NO. 78-192,351, FILED 12-9-2002.

ROBERT C. CLARK JR., EXAMINING ATTORNEY

| | |
|---|---|
| **Generated on:** | This page was generated by TSDR on 2023-10-11 16:54:03 EDT |
| **Mark:** |  |

| | | | |
|---|---|---|---|
| **US Serial Number:** | 78192351 | **Application Filing Date:** | Dec. 09, 2002 |
| **US Registration Number:** | 2866578 | **Registration Date:** | Jul. 27, 2004 |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark | | |
| **TM5 Common Status Descriptor:** |  | | LIVE/REGISTRATION/Issued and Active<br><br>The trademark application has been registered with the Office. |
| **Status:** | The registration has been renewed. | | |
| **Status Date:** | Oct. 30, 2013 | | |
| **Publication Date:** | May 04, 2004 | | |

## Mark Information

| | |
|---|---|
| **Mark Literal Elements:** | None |
| **Standard Character Claim:** | No |
| **Mark Drawing Type:** | 2 - AN ILLUSTRATION DRAWING WITHOUT ANY WORDS(S)/ LETTER(S)/NUMBER(S) |
| **Color(s) Claimed:** | Color is not claimed as a feature of the mark. |
| **Design Search Code(s):** | 04.05.01 - Dragons; Griffons |

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| **For:** | t-shirts,[ jackets, ] baseball hats,[ knit hats, ] shorts, sweatshirts,[ jackets, wind resistant jacket, varsity jackets, ] wristbands[, belts and headbands ] | | |
| **International Class(es):** | 025 - Primary Class | **U.S Class(es):** | 022, 039 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(a) | | |
| **First Use:** | Sep. 01, 1987 | **Use in Commerce:** | Sep. 01, 1987 |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | Yes | **Currently Use:** | Yes |
| **Filed ITU:** | No | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44E:** | No |
| **Filed 44E:** | No | **Currently 66A:** | No |

| | |
|---|---|
| **Filed 66A:** | No |
| **Filed No Basis:** | No |
| **Currently No Basis:** | No |

## Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | Bush Baby Zamagate, Inc. |
| **Owner Address:** | 62 Riverview Ave<br>c/o Chiesa Shahinian & Giantomasi PC<br>Tarrytown, NEW YORK UNITED STATES 10591 |
| **Legal Entity Type:** | CORPORATION |
| **State or Country Where Organized:** | NEW YORK |

## Attorney/Correspondence Information

### Attorney of Record

| | |
|---|---|
| **Attorney Name:** | Peter Nussbaum |
| **Docket Number:** | 9905/1/2 |
| **Attorney Primary Email Address:** | pnussbaum@csglaw.com |
| **Attorney Email Authorized:** | Yes |

### Correspondent

| | |
|---|---|
| **Correspondent Name/Address:** | Peter Nussbaum<br>Chiesa Shahinian & Giantomasi PC<br>105 Eisenhower Parkway<br>Roseland, NEW JERSEY UNITED STATES 07068 |
| **Phone:** | 973-530-2025 |
| **Fax:** | 973-325-1501 |
| **Correspondent e-mail:** | pnussbaum@csglaw.com<br>trademarks@csglaw.com<br>tmdocketing@csglaw.com |
| **Correspondent e-mail Authorized:** | Yes |

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Aug. 09, 2023 | TEAS SECTION 8 & 9 RECEIVED | |
| Jul. 27, 2023 | COURTESY REMINDER - SEC. 8 (10-YR)/SEC. 9 E-MAILED | |
| Jan. 26, 2023 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Jan. 26, 2023 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Jan. 26, 2023 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Aug. 19, 2015 | APPLICANT/CORRESPONDENCE CHANGES (NON-RESPONSIVE) ENTERED | 88888 |
| Aug. 19, 2015 | TEAS CHANGE OF OWNER ADDRESS RECEIVED | |
| May 15, 2015 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| May 15, 2015 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Oct. 30, 2013 | NOTICE OF ACCEPTANCE OF SEC. 8 & 9 - E-MAILED | |
| Oct. 30, 2013 | REGISTERED AND RENEWED (FIRST RENEWAL - 10 YRS) | 68502 |
| Oct. 30, 2013 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | 68502 |
| Oct. 23, 2013 | REGISTERED - COMBINED SECTION 8 (10-YR) & SEC. 9 FILED | 68502 |
| Oct. 30, 2013 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | 68502 |
| Oct. 23, 2013 | TEAS SECTION 8 & 9 RECEIVED | |
| May 11, 2010 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. | 68502 |
| May 11, 2010 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | 68502 |
| Apr. 27, 2010 | TEAS SECTION 8 & 15 RECEIVED | |
| Apr. 23, 2010 | APPLICANT/CORRESPONDENCE CHANGES (NON-RESPONSIVE) ENTERED | 88888 |
| Apr. 23, 2010 | TEAS CHANGE OF OWNER ADDRESS RECEIVED | |
| Jul. 27, 2004 | REGISTERED-PRINCIPAL REGISTER | |
| May 04, 2004 | PUBLISHED FOR OPPOSITION | |
| Apr. 14, 2004 | NOTICE OF PUBLICATION | |
| Feb. 10, 2004 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Dec. 17, 2003 | CORRESPONDENCE RECEIVED IN LAW OFFICE | |
| Dec. 17, 2003 | PAPER RECEIVED | |

| | | |
|---|---|---|
| Jun. 18, 2003 | NON-FINAL ACTION MAILED | |
| Jun. 14, 2003 | NON-FINAL ACTION E-MAILED | |
| Jun. 14, 2003 | ASSIGNED TO EXAMINER | 59500 |

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** GENERIC WEB UPDATE          **Date in Location:** Oct. 30, 2013

 United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

**Trademarks** > **Trademark Electronic Search System (TESS)**

TESS was last updated on Wed Oct 11 03:32:22 EDT 2023

[TESS Home] [New User] [Structured] [Free Form] [Browse Dict] [Search OG] [Bottom] [Help]

[Logout]  Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

[TSDR] [ASSIGN Status] [TTAB Status]  *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Goods and Services** | IC 025. US 022 039. G & S: t-shirts,[ jackets, ] baseball hats,[ knit hats, ] shorts, sweatshirts,[ jackets, wind resistant jacket, varsity jackets, ] wristbands[, belts and headbands ]. FIRST USE: 19870901. FIRST USE IN COMMERCE: 19870901 |
| **Mark Drawing Code** | (2) DESIGN ONLY |
| **Design Search Code** | 04.05.01 - Dragons ; Griffons |
| **Serial Number** | 78192351 |
| **Filing Date** | December 9, 2002 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | May 4, 2004 |
| **Registration Number** | **2866578** |
| **Registration Date** | July 27, 2004 |
| **Owner** | (REGISTRANT) Bush Baby Zamagate, Inc. CORPORATION NEW YORK 62 Riverview Ave c/o Chiesa Shahinian & Giantomasi PC Tarrytown NEW YORK 10591 |
| **Attorney of Record** | Peter Nussbaum |
| **Description of Mark** | Color is not claimed as a feature of the mark. |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20131030. |
| **Renewal** | 1ST RENEWAL 20131030 |
| **Live/Dead Indicator** | LIVE |

| .HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY