# EXHIBIT C

HYPEBEAST   LATEST  SECTIONS  VIDEOS  BRANDS  MAGAZINE  SHOP                    GLOBAL   FOLLOW    

# Supreme Summer 2023 Tees

A collaboration with Mobb Deep, the return of the Motion Logo graphic and more.



1 of 18

Fashion

Jun 21, 2023

11,426 Hypes

8 Comments

TEXT BY

Ross Dwyer

SHARE THIS ARTICLE

 Link

 Tweet

 Share

 Email

••• More

IN THIS ARTICLE


Supreme
Streetwear Label Founded by James Jebbia
Rank 5

Following a recent collection with Tyshawn Jones' Hardies Hardware, Supreme is back with their Summer 2023 tee collection. Consisting of seven styles in total (each available in multiple colors), the tee assortment's highlights include a brand-new collaboration with Mobb Deep as well as the return of the brand's classic Motion Logo.

The Mobb Deep tee salutes "Drop A Gem On 'Em," a memorable diss track aimed at Tupac from 1996's *Hell On Earth*, the group's third studio album. "Drop A Gem On 'Em," recorded in response to Tupac mentioning Mobb Deep member Prodigy's lifelong battle with sickle cell anemia on 1995's legendary "Hit Em Up." The song's title is displayed prominently on the rear of the shirt, while the front features an extra-large tribal tattoo-style dragon logo that appeared on the DJ vinyl for "Drop A Gem On 'Em" and, later, graced the cover of 2006's *Life of the Infamous: The Best of Mobb Deep*, a "greatest hits" album. The graphic, which Supreme has previously used for one of the SS23 collection's five-panel hats, is dubbed the "Alleyway Crew" dragon, and was borrowed from hardcore punk band Sick of It All — who, like Mobb Deep, is from Queens, New York. Supreme, of course, is no stranger to collaborating with Mobb Deep: the late Prodigy appeared on a photo tee in 2011, was saluted on an illustrated tee in the SS18 collection and had his *H.N.I.C.* album honored by the brand in the SS21 collection as well.

Apart from this full fan-service graphic, the other key style from the collection is the return of the Motion Logo. Inspired by the title sequence of classic 1990 crime film *Goodfellas*, the "Motion Logo" was first introduced on tees, skate decks, a lighter and stickers in 1998. Since then it's appeared on everything from hoodies to long-sleeve tees and even a Vans collaboration (FW16), but last appeared on short-sleeve tees in the SS20 collection and has been used heavily in the SS23 collection as well.

Besides these two tees, the collection also boasts a graphic that repurposes the cover of London-based alt rock band Suede's eponymous 1993 debut album by going to its source material: the album cover showed two androgynous individuals kissing, but the full photo it was taken from (and is displayed here) debuted in a 1991 book called *Stolen Glances: Lesbians Take Photographs*. The original photo was taken by Tee Corinne, who demanded that Suede cropped the photo to protect the identities of its subjects. Now, 30 years later, Supreme is giving the photo its full moment in the spotlight. There's also a crown-adorned logo tee, a playful collage tee that includes everything from cigarettes to half-eaten bananas, donuts and cigarette packs, a and hand-drawn graphic tee of three silhouettes that looks like it could have come from the mind of Futura.

The Supreme Summer 2023 tee collection will release globally via the brand's webstore at 11 AM EDT on June 22, then touch down in Japan at 11 AM JST on June 24.

SUPREME   MOBB DEEP

ADVERTISING

## Shop on HBX



Acne Studios
Short Sleeve Check Shirt
Shop Now



GREG LAUREN
Brown Split Boxy Shirt
Shop Now



GREG LAUREN
ARMY FRAGMENT HOODIE
Shop Now



Nike
Nike Terminator Low
Shop Now

**Spotlights**



Hypebeast Visits: Jordss and the Places That Keep Her Grounded with size? and The North Face
Presented by size?



Has Fashion Taken a Step Back On the Quest For Diversity?



Take a Look at Josh Denzel's Debut NBA Collection
Presented by Primark



Quavo and True Religion Go Way Back

8 Comments                                                                                 Login

G   Join the discussion…

    LOG IN WITH              OR SIGN UP WITH DISQUS (?)

    HYPEBEAST                Name

                             Email

                             Password

    Please access our Privacy Policy to learn what personal data Disqus collects and your choices about how it is used. All users of our service are also subject to our Terms of Service.

                                                                        Share            Best   Newest   Oldest

    r.
    4 months ago
    lmao, i can see why their sales are dropping
    5          0      Reply • Share ›

    Class of 1994
    4 months ago
    Box logo ever coming back?
    1          0      Reply • Share ›

R   Rupert
    4 months ago
    They make it look so hard to design a t-shirt. Give a couple of skaters a shot and they could be something worth buying again.
    1          0      Reply • Share ›

G   GramWeight
    4 months ago
    I like the Sick Of It All shirt.
    1          0      Reply • Share ›

T   Tartarus
    4 months ago
    WTF happened to Supreme? We aint axed for this. lol
    0          0      Reply • Share ›

    copperhead ✓verified
    4 months ago
    I can't believe how fast they deliver and you can use paypal
    0          0      Reply • Share ›

F   FUN*GGAS
    4 months ago
    Save those tacky designs and just keep dropping the Supreme box logo t shirt.
    0          0      Reply • Share ›

    Jared The Feeder
    4 months ago   edited
    still holdin onto those motion logos for dear life
    0          0      Reply • Share ›

Subscribe        Privacy        Do Not Sell My Data

## What To Read Next



Fashion

### Supreme Fall 2023 Tees

Featuring nine new graphic T-shirt styles.

By HB Team  / Oct 3, 2023

8,965 Hypes        7 Comments

Fashion

### Supreme Spring 2023 Tees

Featuring team-ups with Tamagotchi and 'Ronin,' the return of the classic Arabic logo tee and more.

By HB Team  / Apr 18, 2023



10,539 Hypes    5 Comments

Fashion

### Supreme Reveals Summer 2023 Sunglasses Collection

Made in Italy, the range includes five anti-reflective styles.

By HB Team / Jun 27, 2023



5,103 Hypes    1 Comments

Fashion

### Supreme Fall/Winter 2023 Full Collection

Featuring new iterations of its signature hoodies, sweaters and weather-ready outerwear pieces.

By Joyce Li / Aug 14, 2023



48,327 Hypes    21 Comments

Entertainment

### Watch A24's First Official 'Priscilla' Teaser

The biopic is directed and written by Sophia Coppola.

By HB Team / Jun 21, 2023



6,421 Hypes    2 Comments

Footwear

### Nike Honors Its Annual Summer Streetball Tournament With the KD 16 "NY vs NY"

Regal accents pop up across the Swoosh logos, "NY vs. NY" tongue badges and "Easy" heel embellishments.

By HB Team / Jun 21, 2023



5,853 Hypes    1 Comments

Fashion



### Key Looks From Pharrell's First LV Runway

Uniting the luxury house's signature codes with contemporary touches.

By *HB Team* / Jun 21, 2023

10,216 Hypes    0 Comments

Footwear



### Action Bronson's New Balance 990v6 "Lapis Lazuli" Is Releasing

Denim-colored overlays and two-toned midsoles arrive on the rapper's next team-up.

By *HB Team* / Jun 21, 2023

143,434 Hypes    7 Comments

Tech



### Bang & Olufsen Continue Atelier Editions Series, Debuting Limited-Edition Green Speaker and Wireless Earbuds

Dropping via the Danish brand's website in extremely limited quantities.

By *HB Team* / Jun 21, 2023

2,527 Hypes    0 Comments

Fashion



### You Can Now Personalize Your Own Balenciaga Shirt

Exclusively being offered at the brand's London location.

By *HB Team* / Jun 21, 2023

2,672 Hypes    2 Comments

Tech

### Instagram Now Allows Users To Download Reels

Available only for content published by public accounts.

By *HB Team* / Jun 21, 2023



3,017 Hypes   3 Comments



Fashion

### Christopher Kane Is Closing His Namesake Label

The company has appointed licensed insolvency practitioners to close out operations, according to reports.

By HB Team  / Jun 21, 2023

1,214 Hypes   0 Comments



Footwear

### Jordan Brand Officially Reveals the Jordan Luka 2

The Slovenian All-Star's new signature is designed to complement his talent for creating separation on the court.

By HB Team  / Jun 21, 2023

6,365 Hypes   4 Comments



Music

### Ballantine's Scotch Whisky Unveils Recipients of its 2023 True Music Fund

Supporting grassroots music communities.

Presented by Ballantine's  / Jun 21, 2023

1,178 Hypes   0 Comments

More ▾

Sections: Fashion, Footwear, Music, Art, Tech, Automotive, Entertainment, Design, Food & Beverage, Gaming, Watches
More: Magazine, Radio, Hypebeast100, Drops, Videos
Brands: Brand Ranking, Brand Directory, HypeIndex^BETA
Store: Men, Women, Life, Archives, Drops, Sale
Elsewhere: Hypebeast, HypeArt, Hypebae, HBX
Hypebeast Ltd.: About Us, Corporate News, Investor Relations, Contact Us, Advertising, Jobs
Subscribe to Our Newsletter
Download Our App
Follow Us
6/7

2023 Hypebeast Limited. All Rights Reserved.   Hypebeast® is a registered trademark of Hypebeast Hong Kong Ltd.   Terms & Conditions   |   Privacy Policy   |   GDPR   |   Investment Disclaimer

Global