CHIESA SHAHINIAN & GIANTOMASI PC
11 Times Square, 34th Floor
New York, NY 10036
(973) 325-1500
ajremore@csglaw.com
ABIGAIL J. REMORE
*Attorneys for Plaintiff*
*Bush Baby Zamagate, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BUSH BABY ZAMAGATE, INC.,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>CHAPTER 4 CORP., D/B/A SUPREME, KEJUAN MUCHITA INC. and THE EXECUTORS OF THE ALBERT JACKSON JOHNSON ESTATE<br><br>　　　　　　Defendants. | Case No.: 1:23-cv-08946<br><br>*Document Filed Electronically*<br><br>**RULE 7.1 DISCLOSURE STATEMENT ON BEHALF OF PLAINTIFF BUSH BABY ZAMAGATE, INC.** |

　　　　Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned, counsel for Plaintiff Bush Baby Zamagate, Inc. states that there is no publicly held corporation that owns ten percent or more of Bush Baby Zamagate, Inc.

CHIESA SHAHINIAN & GIANTOMASI PC
11 Times Square, 34th Floor
New York, NY 10036
ajremore@csglaw.com
(973) 325-1500
*Attorneys for Plaintiff*
*Bush Baby Zamagate, Inc.*

By:　*/s/Abigail J. Remore*
　　　ABIGAIL J. REMORE

Dated:  October 11, 2023

1

## CERTIFICATION OF SERVICE

I certify that the within Rule 7.1 Disclosure Statement On Behalf Of Bush Baby Zamagate, Inc. has been filed via ECF on this date and will be served on the Defendant(s) and/or their counsel simultaneously with the service of the Complaint in the instant proceeding at one or more of the addresses listed below:

Defendant
Chapter 4 Corp., d/b/a Supreme
62 King Street, 3rd Floor
New York, NY 10014

Defendant
Kejuan Muchita Inc.
418 Broadway, Ste. R
Albany NY 12207

Defendant
The Executors of the Albert Jackson Johnston Estate
240 West 35th Street, Suite 405
New York, NY 10001

CHIESA SHAHINIAN & GIANTOMASI PC
*Attorneys for Defendant*

By: /s/ *Abigail J. Remore*
ABIGAIL J. REMORE

Dated: October 11, 2023