# SCARINCI | HOLLENBECK
## ATTORNEYS AT LAW

New Jersey  |  New York  |  Washington, D.C.

**ALBERT J. SOLER** |Partner |Entertainment, Sports, Media, Intellectual Property, Litigation
asoler@sh-law.com
Phone: 212-784-6914

**DELIVERED VIA ECF FILING**

December 15, 2023

The Honorable Katherin Polk Failla
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, NY 10007
Tel: (212) 805-0290
Email: Failla_NYSDChamers@nysd.uscourts.gov

        **Case Name:** *Bush Baby Zamagate, Inc. v. Chapter 4 Corp., d/b/a Supreme, et. al.*
        **Case Number: 1:23-cv-08946-KPF**

Your Honor:

      Our firm represents Kejuan Muchita Inc., a co-defendant in the above-captioned matter. We respectfully submit this letter with the consent of all parties in this matter to advise Your Honor that the parties have arrived at a tentative resolution and settlement of this matter.

      As such, the parties, on consent, respectfully move for a thirty (30) day extension of the due date for defendants' Answer in this action, which is currently set for December 18, 2023. Upon granting of the parties' motion, the revised due date for the Answer in this matter would be January 18, 2024. There have been no previous requests for such extension.

      Thank you, in advance, for your consideration and the parties will inform the Court of any further developments with respect to settlement and resolution of this matter.

Respectfully Submitted,

/AJS/

Albert J. Soler
Attorneys for Defendant Kejuan Muchita Inc.