UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------x

| | |
|---|---|
| BUSH BABY ZAMAGATE, INC., | 1:23-cv-08946 (KPF) |
| Plaintiff, | **[Proposed] Order** |
| vs. | |
| CHAPTER 4 CORP., D/B/A SUPREME, KEJUAN MUCHITA INC. and THE EXECUTORS OF THE ALBERT JACKSON JOHNSON ESTATE, | |
| Defendants. | |

-----------------------------------------------------x

**NOW**, upon letter motion of defendant Kejuan Muchita Inc. ("Kejuan"), by and through Albert J. Soler, Esq., Scarinci Hollenbeck, LLC, attorneys for Kejuan, for an order extending the time for all defendants to answer the Complaint in this action to January 18, 2024, it is hereby ordered as follows:

1. Defendant Kejuan Muchita Inc.'s time to answer the Complaint is extended to and including January 18, 2024.

2. Defendant Chapter 4 Corp., d/b/a Supreme's time to answer the Complaint is extended to and including January 18, 2024.

3. Defendant the Albert Jackson Johnson Estate's time to answer the Complaint is extended to and including January 18, 2024.

**SO ORDERED.**

Dated: New York, New York
_____, \_\_\_\_

_____
United States District Judge