# SCARINCI | HOLLENBECK
### ATTORNEYS AT LAW

New Jersey | New York | Washington, D.C.

**ALBERT J. SOLER** | Partner | Entertainment, Sports, Media, Intellectual Property, Litigation
asoler@sh-law.com
Phone: 212-784-6914

**DELIVERED VIA ECF FILING**

April 3, 2024

The Honorable Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, NY 10007
Tel: (212) 805-0290
Email: Failla_NYSDChambers@nysd.uscourts.gov

      Re:    **_Bush Baby Zamagate, Inc. v. Chapter 4 Corp., d/b/a Supreme, et. al._**
              **Case Number: 1:23-cv-08946-KPF**

Your Honor:

    Our firm represents Kejuan Muchita Inc., a co-defendant in the above-captioned matter. We respectfully submit this letter, with consent of all counsel for Plaintiff Bush Baby Zamagate, Inc. ("Plaintiff") and Defendants Chapter 4 Corp., d/b/a Supreme, Kejuan Muchita Inc., and The Executors of the Albert Jackson Johnson Estate (collectively, "Defendants") to notify Your Honor that the parties have resolved this matter and expect to file a stipulation of dismissal in the above-captioned action no later than April 18, 2024. The Defendants therefore will not be answering, moving, or otherwise responding to the Complaint on or before April 3, 2024 as contemplated in Your Honor's Order dated March 4, 2024 (ECF No. 30).

    Thank you, in advance, for your kind consideration in this matter and the parties are pleased that the parties were able to reach a mutually acceptable resolution in this matter.

Respectfully Submitted,

/AJS/

Albert J. Soler
Attorneys for Defendant Kejuan Muchita Inc.

cc: All Counsel of Record (via ECF)