UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BUSH BABY ZAMAGATE, INC., | Civil Action No.: 1:23-cv-08946-KPF |
| Plaintiff, | *Document Electronically Filed* |
| vs. | **STIPULATION OF DISMISSAL** |
| CHAPTER 4 CORP., D/B/A SUPREME, KEJUAN MUCHITA INC. and THE EXECUTORS OF THE ALBERT JACKSON JOHNSON ESTATE | |
| Defendants. | |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties, that the above-captioned action, having been resolved amicably, shall be and is hereby dismissed, in its entirety, with prejudice and without attorneys' fees or costs against any party.

By: _____
Abigail J. Remore
CHIESA SHAHINIAN & GIANTOMASI PC
105 Eisenhower Parkway
Roseland, NJ 07068
Tel: (973) 530-2114
Fax: (973) 325-1501
*Attorneys for Plaintiff*
*Bush Baby Zamagate, Inc.*
Dated: April 16, 2024

By: _____
Natasha Reed
FOLEY HOAG LLP
1301 Avenue of the Americas, 25th Floor
New York, NY 10019
Tel: (212) 812-0331
*Attorneys for Defendants*
*Chapter 4 Corp. d/b/a Supreme*
Dated: April 16, 2024

By: _____
Albert J. Soler
SCARINCI | HOLLENBECK
519 8th Avenue, 25th Floor
New York, NY 10018
Tel: (212) 784-6914
Fax: (212) 808-4155
*Attorneys for Defendants*
*Kejuan Muchita Inc.*
Dated: April 16, 2024

By: _____
L. Londell McMillan
THE MCMILLAN FIRM
240 W. 35th, Suite 405
New York, NY 10001
Tel: (646) 559-8314
Fax: (646) 559-8318
*Attorneys for Defendants*
*The Executors of the Albert Jackson Johnson Estate*
Dated: April 16, 2024

**So Ordered:**   _____
**Hon. Katherine Polk Failla, U.S.D.J.**

_____, 2024

**CERTIFICATION OF SERVICE**

I certify that the within Stipulation of Dismissal was served on this date upon all counsel of record via ECF filing and email.

Dated: April 16, 2024

CHIESA SHAHINIAN & GIANTOMASI PC
*Attorneys for Plaintiff Bush Baby Zamagate, Inc.*

By: /s/ Abigail J. Remore
ABIGAIL J. REMORE
ajremore@csglaw.com
105 Eisenhower Parkway
Roseland, New Jersey 07068
(973) 325-1500